### Joe MASINTER v. UNITED STATES of America.

No. 1110.

Circuit Court of Appeals, Tenth Circuit.
July 3, 1934.

J. H. Stolper, of Muskogee, Okl., for appellant.

William C. Lewis, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

### Charles MATLER, Harry Matler, and Harry Silverman v. Joseph M. GREGORY, as Guardian of James Applewhite, a Minor.

No. 6779.

Circuit Court of Appeals, Sixth Circuit.
May 8, 1934.

Rhodes & Rhodes, of Detroit, Mich., for appellants.

Miller & Knowles, of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to stipulation.

### MERRILL MORTUARIES, Inc., a Corporation, Appellant, v. Ezra SHOEMAKER et al., Appellees.

No. 7507.

Circuit Court of Appeals, Ninth Circuit.
June 11, 1934.

Hall & McCabe, of Great Falls, Mont., and Howard A. Johnson, of Butte, Mont., for appellees.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellees, ordered appeal herein dismissed for failure of appellant to file record and docket cause; mandate forthwith.

### METROPOLITAN LIFE INS. CO. v. Pearl EPSTEIN.

No. 6685.

Circuit Court of Appeals, Sixth Circuit.
June 6, 1934.

Bruce & Bullitt, of Louisville, Ky., for appellant.

Woodward, Hamilton & Hobson, of Louisville, Ky., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.